```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

UNITED STATES OF AMERICA, *ex rel.* REBECCA HOCKADAY and STATE OF GEORGIA, *ex rel.* REBECCA HOCKADAY, \*

    Plaintiff-Relator,

vs.       CASE NO. 3:15-CV-122 (CDL)

ATHENS ORTHOPEDIC CLINIC, P.A., *et al.*,

    Defendants.

O R D E R

Relator moved to dismiss twenty-three of her claims under Federal Rule of Civil Procedure 41(a)(2). The United States and the State of Georgia consent to the dismissal of these specified claims without prejudice to the rights of the United States and the State of Georgia:

    1. Defendants violated the AKS and FCA by receiving trips, gifts, entertainment, and other remuneration (AKS Gifts/Trips/Remuneration).

    2. Defendants violated the False Claims Act and the Stark Statute by entering oral leases with entities with which the physician had a financial relationship (Stark—Oral Leases).

    3. Defendants violated the False Claims Act by submitting for payment claims for reimbursement with modifier 24 misapplied (Modifier 24 Misuse).

    4. Defendants violated the False Claims Act by submitting for payment claims for reimbursement with modifier 57 misapplied (Modifier 57 Misuse).

5. Defendants violated the False Claims Act by submitting for payment claims for reimbursement with modifier 58 misapplied (Modifier 58 Misuse).

6. Bonuses to the ASC/LASC Director violated the Anti-Kickback Statute (ASC/LASC Director Bonus Kickbacks).

7. Defendants violated the False Claims Act by "unbundling" DME at the ASC or billing for DME distributed at the ASC (DME—ASC Unbundling).

8. Defendants violated the False Claims Act by "unbundling" fluoroscopic dye billing (Unbundling Fluoro).

9. Defendants violated the False Claims Act by "unbundling" DME at the ASC or billing Defendants violated the Anti-Kickback Statute and the Stark Statute by entering into an oral lease with HKS for the property that housed MRI Snellville, under which AOC paid above fair market value for the lease (Above Fair Market Value Lease MRI Snellville).

10. Defendants violated the False Claims Act by altering diagnoses to make certain patients appear as though they qualified for Medicare-reimbursed orthotics (Orthotics—Falsifying ICDs).

11. Defendants violated the FCA by falsely certifying necessity of PT/OT services (PT/OT—False Certifications).

12. Defendants violated the FCA by submitting claims for PT/OT that were for more complex procedures and received higher compensation than the treatment that was actually performed (PT/OT—Upcoding).

13. Defendants violated the FCA by submitting claims for PT/OT representing that they had been performed incident to a physician's services but failing to have the requisite supervision (PT/OT—Supervision/Incident To).

14. Defendants violated the Anti-Kickback Statute and the Stark Statute by charging Pediatric Orthopaedic Associates rent based on the number of scans performed (Above FMV Lease—POA).

15. Defendants violated the AKS and FCA by receiving through their spouses and other romantic partners, various types of remuneration (AKS—Kickbacks from Third Party Companies to Spouses).

16. Defendants violated the AKS and FCA by receiving deeply discounted access to Stryker's Makoplasty equipment and also lavish dinners and other gifts and remuneration (AKS—Makoplasty).

17. Defendants violated the False Claims Act by submitting for payment claims for orthotic devices that were not medically necessary (Orthotics—Medical Necessity/Overutilization).

18. Defendants violated the False Claims Act by submitting for payment claims for a higher cost item than was provided and/or was needed (Orthotics—Upcoding).

19. Defendants violated the False Claims Act by submitting for payment claims for a higher cost item than was provided and/or was needed (DME—Upcoding).

20. Defendants violated the FCA by submitting claims for PT/OT that were not supported by medical necessity (PT/OT—Medical Necessity).

21. Administrative salaries and bonuses violated the Anti-Kickback Statute (AKS—Administrative Salary and Bonuses).

22. Defendants violated the False Claims Act with a reverse false claim wherein patients would return unused equipment that had been billed without subsequent refund of purchase to the government payors (DME—Refund).

23. Defendants violated the False Claims Act by billing for ultrasound imaging performed without the necessary license and certification (Ultrasound Licensure/Certification).

Defendants do not object to Relator's request for voluntary dismissal.  Relator's voluntary motion to dismiss these claims (ECF No. 370) is GRANTED.  If today's dismissal of claims moots all or part of any of Defendants' pending summary judgment motions, Relator shall clearly and succinctly say so in her response briefs.

IT IS SO ORDERED, this 6th day of January, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE

3